IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DIANE ELIZABETH MATHER, | ) | CIVIL NO. 13-00436 LEK-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KAREN T. NAKASONE, d.b.a. | ) | |
| HON. JUDGE KAREN T. NAKASONE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE**

On August 30, 2013, pro se Plaintiff Diane Elizabeth Mather ("Plaintiff") filed a document which this Court construed as Plaintiff's Complaint. On September 5, 2013, this Court issued its Order Dismissing Plaintiff's Complaint Without Prejudice ("9/5/13 Order"). [Dkt. no. 4.] This Court ruled that Plaintiff's Complaint did not plead a basis for federal jurisdiction because the Complaint alleged only state law claims, and the Complaint did not allege diversity of citizenship. The 9/5/13 Order stated that, if Plaintiff chose to file an amended complaint, she was to file it by October 4, 2013.

Plaintiff has not filed an amended complaint, or any other document in this case, since this Court issued the 9/5/13 Order. This Court warned Plaintiff that, "if she fails to file her amended complaint by October 4, 2013, or if her amended complaint fails to address the defects identified in this Order,

this action MAY BE DISMISSED WITH PREJUDICE." [9/5/13 Order at 6 (emphasis omitted).] Insofar as Plaintiff has neither filed an amended complaint nor requested additional time to file her amended complaint, this Court HEREBY DISMISSES Plaintiff's Complaint WITH PREJUDICE.

Insofar as there are no claims remaining in this case, the Court DIRECTS the Clerk's Office to enter dismissal and to close the case.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, December 4, 2013.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**DIANE ELIZABETH MATHER V. KAREN T. NAKASONE, ETC; CIVIL NO. 13-00436 LEK-KSC; ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE**